UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYLES ALEXANDER #862651,

       Plaintiff,

                                  CASE NO. 14-cv-14629
v.                               HONORABLE GEORGE CARAM STEEH

RANDALL HAAS, ET AL.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (DOC. #33) GRANTING DEFENDANTS
JAMES ROTH'S, FREDEANE ARTIS'S, AND JEREMY HOWARD'S
(THE MDOC DEFENDANTS) MOTION FOR SUMMARY JUDGMENT (DOC. #11)

       Plaintiff filed this action alleging wrongdoing related to his placement in administrative segregation. All pretrial matters were referred to the magistrate judge for a report and recommendation. (Doc. #8). The MDOC defendants, James Roth, Fredeane Artis, and Jeremy Howard, filed a motion for summary judgment (Doc. #11). On January 20, 2016, Magistrate Judge Steven Whalen issued a report and recommendation that recommends granting the MDOC defendants' motion for summary judgment (Doc. #33).

       The magistrate judge specifically stated that any objections to his report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). Plaintiff has not objected to the report and recommendation.

       The court has reviewed the record and the magistrate judge's report and recommendation. Finding that report and recommendation to be well-reasoned, the court

-1-

hereby ACCEPTS the result recommended therein. Accordingly, the MDOC defendants' motion for summary judgment is GRANTED. The claims against the MDOC defendants are DISMISSED.

IT IS SO ORDERED.

Dated: March 2, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 2, 2016, by electronic and/or ordinary mail and also on Myles Danard Alexander #862651, Alger Maximum Correctional Facility, N6141 Industrial Park Drive, Munising, MI 49862.

s/Barbara Radke
Deputy Clerk

---